best case this morning, 2327 Fань Aggarwala the the fame judge handle even if remanded by the Ve 38 U. S. C. 7292. How do w to non final? Yes, your h meet the Williams criteria honor. Judicial. So you're your honor. And what's you that the due process of t sure. But there's claim t bias claims going on thro hopefully not very many o or other areas where you order with the claim of j Let's say that a district and in it makes a lot of biased on its face. Can y appeal of that interlocat judgment? Um, the openin my question? Do you think circumstance? Yes. And wh for that? Are those cases are mandamus actions? Wel a final order. Yeah. And bias against board offic of creating a brand new b finality. Those are civil court. These are civil ca Um, it's a pro claimant v I know, but what you're a create something new. Alr procedural vehicle that y do something that creates that's never existed. Tha these kind of non final o all the proceedings had c wouldn't make a differenc you did an appeal or a pe the record was complete. proceedings have been tak didn't file it as a manda I mean, you have to file court first and then you on that and just fine. Bu somehow transformed it in mandamus. Well, we didn't prevent you right this da petition with the Veteran know, you got this wrong. this board judge is so bi never should have sent it immediately after the hea of bias there. But in thi the fact finder, we wante all proceedings had conclu we didn't see a differenc that's not what's out in unless we go to the extra an exception to finality So in filing, um, in revi handling of motions to re You can't, we were unable he made a finding of bias chance. I don't know what that makes. You file it w say, resign at the board bias, no reassignment. Yo petition with the Veteran scores decides that you a we're just trying to prov and proceedings and just can't take jurisdiction o don't have jurisdiction o you know, additional proc to follow to perfect your we were trying to avoid a and looking at how the bo to recuse. We haven't bee that was granted based on even if it's reassigned t still take into considera decision and findings and hearing. And, um, that wo same kind of the taint of instances of judicial bia um, apparent but actual f forward hearing and the M and mischaracterized evid suicidal ideations, neglec and unprovoked irritability that resulted in a demoti same pay. These things so you have with his and find some breathtaking statemen below that would really g The evidence in this case at the hearing and after very strong evidence of a for PTSD. Um, and so it w at the hearing and is lea downplayed the symptoms b difference between a 50% and the veterans court sa to go back and take a sec answer for all the eviden side that he failed to do limited it to that one st mischaracterized the argu the judge wasn't just req whether it was unprovoked and the 70% is impaired i doesn't need to find that criteria, but just equiva how it affects and impair and social impairment. Um veteran to kind of minimi a reasonable response bec physical acts that led to reasonable rather than tr the symptoms, not just th personal hygiene were rea missing half his teeth. U him to shower. He was fal job. Um, it's just rife w opinion that was submitted was paid. Um, which I mea judge. It was a little ba all of their examiners. S but not deemed to be given that fact. Um, the judge and neglected personal hy um, the veterans testimony there testifying, um, sev it down to the number of category rather than occu impairment, basically neg of additional evidence to testimony of the veteran period, not just 1 4th of all sounds like it goes t mean, if he gets it wrong the veterans court and sa if the veterans court agr you can kill us on the me with the way a judge hand never going to be a claim There are too many remand and you have an admirable to short circuit this and case. But we're stuck wit remand order, particularly a judicial bias claim at decide we have jurisdicti you just went through is about how he handled the what categories and the l with it. But even if he c that doesn't show judicia and ignoring and mischarac is substantial. Um, and t weight, the way he was ev them, um, just rises to t in this case. Uh huh. I m don't require that he mea an overall picture of occ Here there's, you know, t judge received evidence t was making accommodations case that the judge ignor is essentially this case for your client that the against him. Not just, um at the hearing with, uh, questions that were leadi without, um, going over t to the dismissal of the m carried great weight in t helped bring out the vete the entire period in quest was all very conclusory. Mhm. This Bay. Thank you. court. This court should bottoms appeal because he final order and has not e this court should create the rule of finality. Do could bring a judicial vi mandamus? I agree that if a mandamus petition to th right after the hearing c bias and the veterans cou then they could have, the the veterans courts denia bias claims work in other understanding. Um, as we um, they just, the other that have discussed judic court level have been int petitions filed right afte yes, as, as your honor me bottom were to be a judic it should go through mand this court simply doesn't to consider Mr. Winterbot if this court could deter appeal under an exception it would still lack juris Winterbottom's claim beca claim is one in, is a con name only. As I think Jud mentioned, Mr. Winterbott go to the sufficiency of important. The veterans c back to the board to disc why they didn't give as m to, um, the private medica accordingly, this court s Winterbottom's appeal. I' other questions. Otherwise request that the court di aside that judicial bias, constitutional due process appeal that from a non fin is that this court is bou established in Williams a we're talking about a non then I think the appellant to meet the criteria esta Otherwise it could wait u court issues the final de a constitutional claim to that's again, not what ha do you agree that if this and Mr Winterbottom doesn that he likes at the boar doesn't like the result t veterans court, then he c time appeal that adverse circuit and also raise hi claims to the extent we h to consider aspects of th claim. I think that assum claim at each level, then review, um, could at leas a judicial bias due proce that if Mr Winterbottom's same as he presents here, sufficiency of the evidenc still submit that this cou because he's not actually claim, but really just co of the evidence, which is jurisdiction. Thank you. a half. Thank you, honore address or decide the iss bias is an exception to t rule. Therefore, it's not issue. Um, and the veteran proclaimant system. Um, t that supports an exceptio the V. A. S. Adjudicatori disability benefits at sta fact finder. And then aga proclaiming system, um, w are reviewed, reviewed fo again, it would have been it right after the hearin it would be expected to b to get. We wanted to wait evidence of judicial, a h judicial bias. And um, af was when it was raised. T That's my time. Thank you